IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEITH A. THOMPSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 6:19-cv-03002-MDH |
| | ) | |
| RICHARD LLOYD HUBBLE AND | ) | |
| STEVEN J. WILSON d/b/a S. WILSON | ) | |
| TRUCKING, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Release, Stipulated Dismissal and liens. The parties intend to file the Dismissal as soon as practicable. Accordingly, parties respectfully requests that the Court vacate all deadlines; and, any trials or other hearings in this matter may be stricken from the court calendar.

**BRAD BRADSHAW, M.D., J.D., L.C.**
1736 E. Sunshine, Suite 600
Springfield, MO 65804
(417) 333-3333; FAX (417) 889-9229

By: /s/ Bradley L. Bradshaw
Bradley L. Bradshaw, M.D., J.D.
Bar Numbers:
Kansas          15801
Missouri        41683
Iowa            AT0013939
Texas           00789165
Washington, D.C.    441423
brad@semitrucklaw.com

## Certificate of Service

    The undersigned hereby certifies that the above pleading was filed with the Court's ECM System on this 15th day of July 2020, which will automatically serve a copy upon all attorneys of record.

                                                    _____
                                                    Bradley L. Bradshaw, M.D., J.D.